```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GOMEZ,                                                      :
                                                            :
                              Plaintiff,                    :
                                                            :           20-CV-1094 (VSB)
             -against-                                      :
                                                            :               ORDER
BIG LINE INC., et al.                                       :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2020
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on February 7, 2020, (Doc. 1), and filed an affidavit of service on March 12, 2020, (Doc. 7).  The deadline for Defendants to respond to Plaintiff's complaint was March 18, 2020.  (*See id*.)  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 20, 2020.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 6, 2020
              New York, New York

_____
Vernon S. Broderick
United States District Judge