UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JOSE MANUEL GOMEZ, :
:
                Plaintiff, :
:
    - against - :
:
:
BIG LINE INC., :
:
               Defendant. :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2020

20-CV-1094 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

    In accordance with my comments at the Order to Show Cause hearing on June 2, 2020, it is hereby:

    ORDERED that default judgment is entered in favor of Plaintiff and against Defendant Big Line Inc.  This case will be referred to the magistrate judge for an inquest on damages.

SO ORDERED.

Dated: July 6, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge