```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSE MANUEL GOMEZ, on behalf of
himself and all others similarly situated,

             Plaintiff,

   - against -

BIG LINE INC. (d/b/a WAREHOUSE
FURNITURE),

            Defendant.
------------------------------------------------------------X

20-CV-1094 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff's inquest submission is deficient in that the attorneys' fees information is provided in the unsigned proposed findings of fact and conclusions of law (Dkt. 31 at paragraphs 51-57) but not in the supporting attorney declaration (Dkt. 33). Accordingly, if Plaintiff seeks recovery of attorneys' fees, he shall submit by October 26, 2020 a supplementary or revised attorney declaration that attests to the attorneys' fees information.

                          SO ORDERED.

                          _____
                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated:    October 19, 2020
            New York, New York