# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JOSE MANUEL GOMEZ, *individually and on behalf of others similarly situated*,

                Plaintiff,

-against-

BIG LINE INC. d/b/a WAREHOUSE FURNITURE and TALA "DOE" [LAST NAME UNKNOWN],

                Defendants.

------------------------------------------------------------X

20 **CIVIL** 1094 (VSB)

**JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 25, 2021, the Report and Recommendation is adopted in its entirety; Plaintiff is awarded $38,050 in damages and unpaid wages, $10,135 in attorneys' fees, and pre-judgment interest on $14,025 in unpaid wages from February 10, 2019 to the date of judgment, at a rate of nine percent in the amount of $2,476.08 for a total sum of $50,661.08; accordingly, this case is closed.

**Dated:** New York, New York
         January 26, 2021

                                            **RUBY J. KRAJICK**

                                            _____
                                            Clerk of Court

                **BY:**

                                            Deputy Clerk